UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES,<br>        Plaintiff,<br>-against-<br>ORIGINAL TIME CAPSULE LLC,<br>        Defendant. | 22-CV-07018 (PGG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Damon Jones filed his Complaint on August 17, 2022, (Dkt. 1), and served defendant Original Time Capsule LLC on October 15, 2022, making defendant's answer due November 7, 2022. (Dkt. 7.) Defendant's counsel appeared on October 26, 2022, (Dkt. 8), but no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **December 5, 2022**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       November 28, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**