

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Hon. Magistrate Barbara C. Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

January 20, 2023

Re:   *Damon Jones v. Original Time Capsule LLC*
      Case No. 1:22-cv-07018-PGG-BCM
      Motion for Adjournment of Conference

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/20/2023

Dear Magistrate Moses:

Plaintiff's Counsel submits this letter-motion to seek an adjournment of the in-person initial pretrial conference, currently scheduled for January 26, 2023. Counsel will not be in the state on that date and, therefore, cannot attend. Defense Counsel has consented to the adjournment. Plaintiff seeks a new date of either February 16, 2023, February 23, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

cc: Counsel of record (via ECF)

Application GRANTED. The initial conference is ADJOURNED to **February 23, 2023, at 11:00 a.m.** No later than **February 16, 2023**, the parties shall submit the Pre-Conference Statement in accordance with the December 1, 2022 Order (Dkt. 12). SO ORDERED.

Barbara Moses
United States Magistrate Judge
January 20, 2023