```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, *on behalf of himself and all others similarly situated*,

        Plaintiffs,

-against-

ORIGINAL TIME CAPSULE LLC,

        Defendant.

22-CV-7018 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having informed the Court that they have reached a settlement in principle (Dkt. 18), the initial case management conference previously scheduled for today at 11:00 a.m. is ADJOURNED *sine die*.

Dated: New York, New York
       February 23, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**